UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WISLER MARCELUS | : | |
| 5436 85th Avenue | : | |
| Apt. 202 | : | |
| New Carrollton, MD 20784 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.:1:07-cv-00721 |
| | : | Assigned to Judge Richard J. Leon |
| CORRECTION CORPORATION | : | |
| OF AMERICA/CORRECTIONAL | : | |
| TREATMENT FACILITY | : | |
| 1901 E Street, SE | : | |
| Washington, DC 20003 | : | |
| | : | |
| SERVE:  CT Corporation | : | |
| Registered Agent | : | |
| 1015 15th St. NW | : | |
| Suite 1000 | : | |
| Washington, DC 20005 | : | |
| | : | |
| Defendant | : | |

**MOTION TO EXTEND THE TIME TO SERVE SUMMONS**

COMES NOW, the plaintiff, by and through his undersigned Counsel, and for good cause shown request that this Honorable Court extend the time in which plaintiff can serve the Summons in this matter. As grounds for this request the plaintiff states as follows:

1.  That the Summons in this matter was issued on April 20, 2007

2.  That service of the Summons was forwarded to a private process server that plaintiff's counsel uses on or about May 17, 2007. That unbeknown to counsel, her process server misplaced the paper work and did not inform counsel. Counsel learned on this week that paper work was lost and service was not made.

3. That the statute of limitations on plaintiff's right to sue would have expired if the extension of the summons is not granted.

4. That plaintiff will be irreparably and permanently prejudiced if the extension is not given

5. The defendant will not be prejudiced by this request.

WHEREFORE, for the reasons stated above and for good cause shown, plaintiff request that the Court grants his Motion To Extend the Time To Serve the Summons.

Respectfully submitted,

By:_____/s/_____
Sharon Theodore-Lewis, DC Bar# 452497
PATRICK HENRY LLP
5900 Princess Garden Parkway
Suite 640
Lanham, Maryland 20706
Phone: (240) 296-3488
Fax: (240)296-3487

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WISLER MARCELUS                         :
5436 85th Avenue                        :
Apt. 202                                :
New Carrollton, MD 20784                :
                                        :
       Plaintiff             :
                                        :
  v.                              :   Civil Action No.:1:07-cv-00721
                                        :   Assigned to Judge Richard J. Leon
CORRECTION CORPORATION                  :
OF AMERICA/CORRECTIONAL                 :
TREATMENT FACILITY                      :
1901 E Street, SE                       :
Washington, DC 20003                    :
                                        :
SERVE:  CT Corporation                  :
       Registered Agent      :
       1015 15th St. NW
       Suite 1000              :
       Washington, DC 20005  :
                                        :
       Defendant             :

## **ORDER**

      UPON CONSIDERATION of Plaintiff's Motion To Extend The Time To Serve Summon, for good cause shown, it is this _____ day of June, 2007

ORDERED, that plaintiff's Motion is GRANTED; and it is further

ORDERED, that plaintiff's time to serve the Summons is Extended to

_____

_____

                                        _____
                                               Judge

Copies to:
Sharon Theodore-Lewis, DC Bar# 452497
PATRICK HENRY LLP
5900 Princess Garden Parkway
Suite 640
Lanham, Maryland 20706