UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WISLER MARCELUS
5436 85th Avenue
Apt. 202
New Carrollton, MD 20784

              Plaintiff

v.

CORRECTION CORPORATION
OF AMERICA/CORRECTIONAL
TREATMENT FACILITY
1901 E Street, SE
Washington, DC 20003

SERVE: CT Corporation
        Registered Agent
        1015 15th St. NW
        Suite 1000
        Washington, DC 20005

Civil Action No.:1:07-cv-00721
Assigned to Judge Richard J. Leon

              Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of June, 2007 a copy of the Summon and Complaint, Electronic Case Filing Order, Notice of Right to Consent To Trial Before United States Magistrate and Consent to Proceed Before a United States Magistrate and Minute Order granting plaintiff's Motion For Extension of Time To Serve Summons were served on the defendant through its Registered Agent:,CT Corporation at 1015 15th St. NW, Suite 1000, Washington, D.C. 20005, via certified mail, return receipt requested. A copy of the return receipt is attached to this Certification.

Respectfully submitted,

By: *[signature]*
Sharon Theodore-Lewis, DC Bar# 452497
PATRICK HENRY LLP
5900 Princess Garden Parkway
Suite 640
Lanham, Maryland 20706
Phone: (240) 296-3488
Fax: (240)296-3487

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to: Corrections Corporation of America/ Correctional Treatment Facility.
Serve: CT Corporation Registered Agent
1015 15th St, NW.
Suite 1000
Washington, D.C. 20005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 2260 0007 6096 2549

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**PATRICK HENRY LLP**
Attorneys & Counselors At Law
5900 Princess Garden Pkwy. Ste. 640
Lanham, Maryland 20706