UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wisler Marcelus,<br><br>*Plaintiff,*<br><br>v.<br><br>Corrections Corporation of America/Correctional Treatment Facility,<br><br>*Defendant.* | Civil Action No. 1:07-cv-00721(RJL) |

## CORPORATE STATEMENT

Corrections Corporation of America ("CCA") has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. CCA, however, does have outstanding securities in the hands of the public.

Dated: July 18, 2007               Respectfully submitted,


                                   By: /s/ Alison N. Davis
                                       Alison N. Davis
                                       D.C. Bar No. 429700

                                       FORD & HARRISON LLP
                                       1300 19th Street, N.W., Suite 700
                                       Washington, DC 20036
                                       (202) 719-2000
                                       (202) 719-2077 (Fax)
                                       adavis@fordharrison.com

                                       Attorneys for Defendant Corrections Corporation of America.