UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WISLER MARCELUS,            )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Case No. 07-0721 (RJL)
                            )
CORRECTIONS CORPORATION OF  )
AMERICA/CORRECTIONAL        )
TREATMENT FACILITY,         )
                            )
        Defendant.          )
                            )
                            )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 31st day of March, 2008, it is hereby

**ORDERED** that Defendant Corrections Corporation of America's Motion for Partial Dismissal (Dkt. #7) is GRANTED; and it is further

**ORDERED** that Counts II and IV of the Complaint are dismissed with prejudice; and it is further

**ORDERED** that plaintiff may file an amended complaint to name the correct defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge