UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WISLER MARCELUS | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.07-0721 (RJL) |
| | : | |
| CORRECTION CORPORATION | : | |
| OF AMERICA/CORRECTIONAL | : | |
| TREATMENT FACILITY | : | |
| | : | |
| Defendant | : | |

**JOINT LOCAL RULE 16.3 REPORT**

COME NOW the parties and submit the following Local Rule 16.3

Report.  In accordance with Fed R. Civ. P 26(f) and Local Rule 16.3, the parties held a

conference call on June 2, 2008, in order to confer regarding a proposed scheduling order

and discovery plan. Allison N. Davis appeared on behalf of Defendant  CCA of

Tennessee, Inc. which is incorrectly named as Correction Corporation of

America/Correctional Treatment Facility in the Complaint  Sharon Theodore-Lewis,

appeared on behalf of Plaintiff Wisler Marcelus.  The parties reached agreement after

discussion on the following matters:

**I.         LIKELIHOOD OF DISPOSAL BY DISPOSITIVE MOTIONS**

It is Plaintiff's position that the case is not likely to be disposed of by dispositive

motions. It is Defendant's position that the case is likely to be disposed of by dispositive

motion.

## II.        JOINDER/AMENDMENTS

The parties agree that the Court should permit the parties until July 11, 2008, to join other parties or to amend the pleadings. The parties have not agreed to narrow any factual or legal issues.

## III.        ASSIGNMENT TO A MAGISTRATE JUDGE

The Plaintiff and Defendant do not believe that this case should be assigned to a magistrate judge for trial; however, the parties are agreeable to the Court referring certain issues, including discovery disputes, to a magistrate judge.

## IV.        POSSIBILITY OF SETTLEMENT

The parties have not engaged in any settlement discussions at this juncture; however, Defendant believes that settlement is not a possibility prior to the commencement of discovery. Plaintiff believes that there is a realistic possibility of settlement.

## V.        ALTERNATIVE DISPUTE RESOLUTION

The parties agree that mediation may be appropriate after the completion of discovery.

## VI.        DISPOSITIVE MOTIONS/SUMMARY JUDGMENT/MOTION TO DISMISS

There are no pending dispositive motions. The Defendant believes that this case can be decided by means of dispositive motions after discovery has been completed. The Plaintiff believes that it cannot. The parties propose the following schedule for dispositive motions:

Deadline for Dispositive Motions: February 10, 2009

Deadline for Opposition to Dispositive Motions: February 24, 2009

Deadlines for Replies: March 7, 2009

Decision on the Motions: April 11, 2009 or as soon thereafter as the Court deems

appropriate.

## VII.      RULE 26(A)(1) DISCLOSURES

The parties agree to dispense with initial disclosures.

## VIII.     DISCOVERY

The parties have agreed to adhere to the following discovery schedule:

Completion of fact discovery by January 9, 2009.

The parties agree to follow the federal rules with regards to limitations on discovery,

including interrogatories,  request for documents, requests for admissions and

depositions.

## IX.      RULE 26(A)(2) EXPERT WITNESS REPORTS

The parties proposed that Plaintiff's expert disclosures be served at least 90 days

prior to the close of discovery. The parties further propose that Defendant's expert

disclosures be served within 30 days after service of Plaintiff's expert disclosures. The

parties agree that the expert disclosures shall, in accordance with Federal Rule 26(a)(2),

include a written report.

## X.       CLASS ACTIONS

This provision is not applicable.

## XI.      BIFURICATION

The parties agree that this case should not be bifurcated for any purpose.

## XII.     PRETRIAL CONFERENCE

The parties agree that the pretrial conference should take place 30 days following the Court's ruling on dispositive motions.

## XIII.     TRIAL DATE

The parties request that a trial date be set at the pretrial conference.

## XIV.     OTHER MATTERS –Electronic Service

Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties consent to electronic service of pleadings, notices, motions and other papers required to be served via facsimile transmission and/or electronic mail. A paper copy of any pleading so served shall be simultaneously mailed to counsel.


Dated: June 6, 2008

Respectfully submitted,

PATRICK HENRY LLP                    FORD & HARRISON LLP

/s/Sharon Theodore-Lewis             /s/ Allison N. Davis
Sharon Theodore-Lewis #452497        Allison N. Davis # 429700
Richard E. Patrick #396571           1300 19th Street, N.W., Suite 700
5900 Princess Garden Parkway, Suite 640   Washington, D.C.  20036
Lanham, Maryland 20706               Telephone:  (202) 719-2000
Telephone:  (240) 296-3488           Facsimile:   (202) 719-2077
Facsimile:   (240) 296-3487          **Counsel for Defendant**
**Counsel for Plaintiff**

4

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WISLER MARCELUS | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.:07-0721 (RJL) |
| | : | |
| CORRECTION CORPORATION | : | |
| OF AMERICA/CORRECTIONAL | : | |
| TREATMENT FACILITY | : | |
| | : | |
| Defendant | : | |

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16(b)(1) of the Federal Rules of Civil Procedure, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1. The parties shall file any amended pleadings or request for leave to join additional parties or on or before **July 11, 2008**.

2. All fact discovery shall be commenced in time to be completed by **January 9, 2009**.

3. Plaintiff shall disclose the identity of any experts, including a written report, on or before **October 10, 2008**.  Rebuttal expert written reports shall be filed on or before **November 10, 2008**.

4. All dispositive motions shall be filed and served on or before **February 10, 2009**. Oppositions shall be filed on or before **February 24, 2009**.

5. Replies shall be filed on or before **March 7, 2009**.

6. The Court will issue a separate Order directing the parties to appear at a pretrial conference which will be scheduled no sooner that 30 days after a ruling on dispositive motions.

Signed this _____ day of _____, 2008.

_____
The Honorable Richard J. Leon
United States District Court Judge

**Served via ECF:**

/s/ SharonTheodore-Lewis_____

Sharon Theodore-Lewis        #452497
Richard E. Patrick              #396571
PATRICK HENRY LLP
5900 Princess Garden Parkway, Suite 640
Lanham, Maryland  20706
Telephone:  (240) 296-3488
Facsimile:  (240) 296-3487
**Counsel for Plaintiff**
**Wisler Marcelus**

/s/ Allison N. Davis_____

Allison N. Davis #429700
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C.  20036
Telephone:  (202) 719-2000
Facsimile:  (202) 719-2077
**Counsel for Defendant**
**CCA of Tennessee**